■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH E. MROZ, Appellant. [874 NYS2d 839]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 2, 2008. The judgment convicted defendant, upon his plea of guilty, of offering a false instrument for filing in the first degree and unauthorized use of a vehicle in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY L., Appellant. [874 NYS2d 856]—Appeal from an adjudication of the Erie County Court (Thomas P. Franczyk, J.), rendered November 19, 2007. Defendant was adjudicated a youthful offender upon his plea of guilty to attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IDA RICKARD, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered March 14, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BECKER, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered May 23, 2006. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.